**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

LUCAS WILLIAMS,

      Plaintiff,

v.                             CASE NO. 4:26cv4-RH-MJF

SERGIO JIMENEZ et al.,

      Defendants.

_____/

**<u>ORDER OF DISMISSAL</u>**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed with prejudice under 28 U.S.C. § 1915 for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on March 15, 2026.

                                    s/Robert L. Hinkle
                                    United States District Judge